FILED
December 20, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003967520

Stephen M. Reynolds, CSB 148902
**Lundgren & Reynolds, LLP**
424 Second Street, Suite A
Davis, CA 95616
530 297 5030 Telephone
530 297 2077 Facsimile
sreynolds@lr-law.net  email

Attorney for Soccorro Ramirez

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:

Soccorro Ramirez

Debtor(s)

Case No: 11-49155-A-7
DCN: LR-1
Date: January 17, 2012
Time: 10:00 a.m.
Dept: A
Ctrm: 28
Judge: McManus

## MOTION TO COMPEL ABANDONMENT

[11 U.S.C. §544(b), Local Rule of Practice 9014(f)(1)]

Debtor Soccorro Ramirez represents as follows:

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334. The motion is brought pursuant to Local Rule of Practice 9014(f)(1).

2. Debtors filed the current case on December 19, 2009 as a voluntary case under Chapter 7 of the Bankruptcy Code.

3. 11 U.S.C. §544(b) provides as follows:

(b) On request of a party in interest and after notice and hearing, the Court may order the Trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

-1-

4. Debtor has an interest in a sole proprietorship cleaning business. Business assets include, cleaning products, vaccuums etc. Debtors scheduled an interest in this business at Schedule B, line 13 and fully exempted the $1,000 value.

5. Debtor represents that the sole proprietorship has no value but for the ongoing efforts of the debtor.

Debtors respectfully request that the bankruptcy estate be compelled to abandon the estate's interest in her cleaning business.

Dated: December 19, 2011

Lundgren & Reynolds, LLP
By: /s/ Stephen M. Reynolds
Stephen M. Reynolds
Attorney for Debtor